UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| SOP SERVICES, INC., and ) | |
| BEAR ARCHERY, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 3:11-cv-112-RLY-WGH |
| ) | |
| VITAL HUNTING GEAR, INC., and ) | |
| ABBAS BEN AFSHARI, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING, IN PART,
## BEAR ARCHERY'S SECOND MOTION TO COMPEL

This matter is before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on Bear Archery's Second Motion to Compel filed December 18, 2012. (Docket No. 79-80). Defendant Abbas Ben Afshari's Response was filed January 4, 2013. (Docket No. 81).

The Magistrate Judge, being duly advised, now **GRANTS** Bear Archery's Second Motion to Compel, **in part,** and **DENIES** the motion, **in part,** as follows:

1. With respect to Bear Archery's First Set of Interrogatories Nos. 2-6, the Motion to Compel is granted. The objections raised by Defendant Afshari are overruled. In this district, a party responding to interrogatories must make a good faith effort to specifically answer the interrogatories prior to the completion of discovery. The answering party has the right and duty under FED. R. CIV. P. 26 to supplement those answers at the close of the discovery period when later

identified information suggests that a response must be amended. None of the answers to interrogatories given to date specifically addresses the questions asked or provides a specific recitation to particular pieces of evidence upon which an answer is based.

     2. With respect to the First Request for Production of Documents Nos. 2-8, the Magistrate Judge sustains the objection of vagueness and over breadth to Document Request Nos. 2, 3, and 4. Document Request No. 2 need not be responded to. With respect to Document Request No. 3, Mr. Afshari shall be required to produce only a complete file history for the 488 patent which would include correspondence with the USPTO associated with the patent and any continuation patent applications claiming priority to the 488 patent. With respect to Document Request No. 4, Mr. Afshari shall produce only a copy of any licensing agreements entered into by him concerning the 488 patent. Mr. Afshari's objection to Document Request Nos. 5-8 are overruled.

     3. Mr. Afshari shall provide specific answers to the interrogatories and provide copies of all documents specifically ordered to be produced within fifteen (15) days of the date of this entry.

     **SO ORDERED.**

**Dated:** January 10, 2013

                                                    William G. Hussmann, Jr.
                                                  United States Magistrate Judge
                                                  Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**

**Served via first-class U.S. Mail:**

ABBAS BEN AFSHARI
4950 Jennie Kate Lane
Lexington, KY  40610

ABBAS BEN AFSHARI
133 Venture Court
Lexington, KY  40610